COA NO: <u>01-10-00627-CR</u>

VOL
CCRA NO. **1051-11**

*Hold
10-3-11*

Yekaterina ~~Tanlevskaya~~
*Appellant* TANKLEVSKAYA

Habeas Corpus
*Offense*

Punishment

Harris
*County*

Trial Court: Co Crim Ct at Law No. 11
Trial Court: No. 1686832
Trial Court: Hon. Diane Bull

MOTION FOR
REHEARING IN COA IS
ON

Disposition: <u>REV/REMAND</u>
Date: <u>5/26/2011</u>
Justice: Hon. Evelyn V. Keyes

JUSTICE

PC: N          S: Y

DNP: N          Publish: Y

CLK RECORD: <u>7/29/2010 1 Vol.</u>
RPT RECORD: <u>8/18/2010 1 Vol.</u>
STATE BRIEF: <u>10/28/2010</u>
APPELLANT BRIEF: <u>9/22/2010</u>
SUPP. CLK RECORD: <u>10/20/2010 1 Vol.</u>
SUPP. CLK RECORD: <u>1/11/2011 1 Vol.</u>

# ELECTRONIC RECORD

## IN COURT OF CRIMINAL APPEALS

STATE'S _____ PETITION
FOR DISCRETIONARY REVIEW IN CCRA
_____ GRANTED _____ ON
3-20-13      P.C.
JUDGE:

CCRA DISPOSITION: VAC REM

SIGNED: _____ PC: ✓
JUDGE: 3-20-13

PUBLISH

_____ MOTION FOR
REHEARING IN CCRA IS _____
N _____
_____
JUDGE:

MOTION FOR STAY OF MANDATE IS
_____

ON _____
_____

JUDGE